NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-919

SCOTT ALAN BYNOG

VERSUS

BRANDY NICOLE BENCH

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 206,697
HONORABLE F. RAE DONALDSON SWENT, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Oswald A. Decuir, Judges.

**AFFIRMED.**

**John K. (Mike) Anderson**
**Attorney at Law**
**101 S. First St.**
**Leesville, LA 71446**
**(337) 239-9076**
**Counsel for Defendant Appellee:**
**Brandy Nicole Bench**

**Lauren Gay Coleman**
**Attorney at Law**
**5615 D Jackson St. Ext. #B**
**Alexandria, LA 71303**
**(318) 449-9857**
**Counsel for Plaintiff Appellant:**
**Scott Alan Bynog**